1   McGREGOR W. SCOTT
United States Attorney
2   ROBERT J. ARTUZ
Special Assistant U.S. Attorney
3   KURT A. DIDIER
Assistant U.S. Attorney
4   501 I Street, Suite 10-100
Sacramento, CA 95814
5   Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-187-KJM |
| Plaintiff, <br> v. <br> KATHLEEN ALICE GARCIA, <br> Defendant. | **AMENDED JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** <br><br> [No Hearing Requested] |

Plaintiff United States of America and Defendant Kathleen A. Garcia, through their authorized representatives (the Parties), hereby move for an order authorizing Ms. Garcia to deposit a total of $74,099.80 into the Court's Deposit Fund (the Deposit). The Deposit represents the $100 special assessment due in the case and the $73,999.80 agreed upon restitution owing to the United States.

This Motion is based on the following grounds:

1. September 17, 2018, the United States Attorney filed an Information charging Ms. Garcia with one count of theft of government property in violation of 18 U.S.C. § 641. On September 25, 2018, she fully executed a written waiver of prosecution by indictment.

2. Ms. Garcia has signed a plea agreement and will enter a plea of guilty consistent with that agreement on December 3, 2018. Pursuant to the plea agreement, Ms. Garcia agrees to pay a $100 special assessment and $73,999.80 in restitution to the United States.

3. The parties previously filed a similar joint motion (ECF No. 8), and the present motion

AMENDED JOINT MOTION

amends that earlier motion such that the defendant's payment of restitution and the special assessment are due on or before the date of judgment and sentencing in this case.

The Parties thus agree that:

1. Defendant Kathleen A. Garcia, shall deposit the sum of $74,099.80 into the Deposit Fund of the Court on or before the date of judgment and sentencing in this case (the Deposit). Ms. Garcia may make her payment by a single check or by two checks, one for the $100 special assessment and the other for the $73,999.80 restitution amount.

2. Ms. Garcia shall make the check(s) payable to the Clerk of Court, state her name and case number on the check and mail or deliver the payment(s) to the Clerk's office at 501 I Street, Suite 4-200, Sacramento, CA 95814.

3. The Deposit shall remain in the Court's Deposit Fund until final judgment is entered in the case or upon further order by this Court.

Respectfully submitted,

FOR THE UNITED STATES:  MCGREGOR W. SCOTT
United States Attorney

Dated: December 2, 2018

By: /s/ *Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant United States Attorney
KURT A. DIDIER
Assistant United States Attorney

FOR DEFENDANT KATHLEEN A. GARCIA:

Dated: December 2, 2018

By: /s/ *Armando Villapudua*
ARMANDO VILLAPUDUA, counsel for
Defendant KATHLEEN A. GARCIA

AMENDED JOINT MOTION  2

**O R D E R**

The Court, having reviewed the court files and the Parties' Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. Defendant Kathleen A. Garcia shall PAY, on or before the date of judgment and sentencing in this case, $74,099.80 to the Clerk, United States District Court, via a cashier's check or money order.

2. The Clerk shall promptly DEPOSIT the $74,099.80 into the Court's Deposit Fund.

3. The $74,099.80 shall not be disbursed until entry of judgment in this case or upon further order of this Court.

IT IS SO ORDERED.

DATED: December 4, 2018.

_____
UNITED STATES DISTRICT JUDGE